1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

7

8             IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | 1:12-cr-00360 AWI DLB |
| 12                Plaintiff, | 5:12-mj-044 JLT |
| 13       v. | STIPULATION REGARDING CONTINUANCE;  FINDINGS AND ORDER |
| 14  GUSTAVO ANGEL SALINAS, | |
| 15                Defendant. | |

16

17                          **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by

19  and through his counsel of record, hereby stipulate as follows:

20       1.     By previous order, this matter was set for preliminary hearing on October 19.

21

22       2.     The grand jury returned an indictment this date.

23       3.     By this stipulation, the parties move to continue the arraignment and plea on the

24  Indictment to Monday, October 22 at 1:30 p.m., since Defendant is currently housed at Lerdo and

25  the U.S. Marshal Service does not typically transport Lerdo prisoners on Fridays.

26       ////

27       ////

28

                                    1

IT IS SO STIPULATED.

DATED: October 18, 2012.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 18, 2012.

/s/ Carol Moses
CAROL MOSES
Counsel for Defendant Gustavo Angel Salinas

**O R D E R**

IT IS SO ORDERED.

Dated: **October 18, 2012**          **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE

2