UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GUSTAVO SALINAS,<br><br>  Defendant. | CASE NO. 1:12-cr-00360-AWI-BAM<br><br>ORDER SHORTENING TIME TO HEAR RULE 15 MOTION TO AUTHORIZE THE DEPOSITION OF RAYMOND GENTILE<br><br>Date: June 30, 2014<br>Time: 11:00 A.M.<br>Judge: Hon. Barbara A. McAuliffe |

ORDER

Upon application of Defendant GUSTAVO SALINAS, and good cause appearing, **IT IS HEREBY ORDERED** that the time for hearing Defendant SALINAS' Rule 15 Motion for the Deposition of Raymond Gentile is hereby shortened, and the hearing on the motion shall be on June 30, 2014 at 11:00 A.M. Any responses to that motion shall be filed by June 29, 2014.

IT IS SO ORDERED.

Dated: **June 25, 2014**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE