**FILED**

NOV 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:12-CR-00360 AWI BAM |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| GUSTAVO ANGEL SALINAS, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on November 10, 2014, to a period of TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: November 10, 2014

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1