UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO ANGEL SALINAS,<br><br>Defendant. | Case No.  1:12-cr-00360-DAD-BAM-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. No. 214) |

Upon consideration of Defendant Gustavo Salinas' Unopposed Motion for Early Termination of Supervised Release (Doc. No. 214), and it appearing to the Court that good cause exists for the termination, the Court hereby grants Defendant's motion for early termination of supervised release.

IT IS SO ORDERED.

Dated:   **February 16, 2017**              _____
                                                                    UNITED STATES DISTRICT JUDGE

1